No. 627. LYON ET AL. *v.* COMPTON UNION HIGH SCHOOL AND JUNIOR COLLEGE DISTRICT ET AL.; and

No. 628. HALVAJIAN ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF INGLEWOOD ET AL. Appeals from the District Court of Appeal of California, Second Appellate District. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for the want of a substantial federal question. MR. JUSTICE REED and MR. JUSTICE BURTON are of the opinion that probable jurisdiction should be noted. *Hayden C. Covington* for appellants. *Harold W. Kennedy* for appellees.

No. 649. MCKNIGHT ET AL. *v.* BOARD OF PUBLIC EDUCATION ET AL. Appeal from the Supreme Court of Pennsylvania. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Hayden C. Covington* for appellants. *J. Roy Dickie* for appellees.